■ PIERRE A. INNOCENT, Respondent, v LANDOWNERS' ABSTRACT CORP. et al., Defendants, and COMMONWEALTH LAND TITLE INSURANCE COMPANY, Appellant. [618 NYS2d 230] —In an action for a judgment declaring, *inter alia,* that the plaintiff is entitled to certain escrow funds held by the defendant Commonwealth Land Title Insurance Company, that defendant appeals from a judgment of the Supreme Court, Nassau County (Roberto, J.), dated March 10, 1993, which, *inter alia,* made the declaration.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly awarded judgment to the plaintiff *(cf., Marshall v New York City Health & Hosps. Corp.,* 186 AD2d 542). Sullivan, J. P., Balletta, Rosenblatt and Florio, JJ., concur.